MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan @akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; and SFR INVESTMENTS POOL 1, LLC<br><br>Defendants. | Case No.: 2:16-cv-00582-GMN-NJK<br><br>**STIPULATION AND ORDER FOR COST BOND**<br><br>ECF NO. 9 |

Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP (**BANA**) and defendant SFR Investments Pool 1, LC (**SFR**) hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and SFR's demand for security costs filed on April 6, 2016, SFR's demand for security is granted.

2. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 after entry of this order.

///

{39737921;2}

1

Dated this 21st day of October, 2016.

**AKERMAN LLP**

_/s/ _Tenesa S. Scaturro, Esq._____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 21st day of October, 2016.

**KIM GILBERT EBRON**

_/s/ Diana Cline Ebron, Esq._____
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 100
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: October 25, 2016

{39737921;2}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of October, 2016 and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR COST BOND** via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

Diana Cline Ebron
Howard Kim
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 100
Las Vegas, Nevada 89139

Steven T. Loizzi, Jr.
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada 89147

/s/ Tracey Wayne
An employee of AKERMAN LLP

{39737921;2}

3