# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00582-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a discovery plan, Docket No. 42, which lacks the required certifications, Local Rule 26-1(b)(7), (8), and (9). Accordingly, the discovery plan is **DENIED**. An amended discovery plan that complies with the local rules shall be filed by February 12, 2019.

IT IS SO ORDERED.

Dated: February 5, 2019

_____
Nancy J. Koppe
United States Magistrate Judge