# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00582-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

The HOA was served years ago, Docket No. 7, and the deadline has expired for it to answer or file a motion to dismiss, *see* Docket No. 37. The HOA has not yet appeared, however, and Plaintiff has not otherwise advanced its claims against the HOA. Plaintiff shall promptly serve the HOA with the minute order issued at Docket No. 37, and shall file a status report by February 12, 2019.

IT IS SO ORDERED.

Dated: February 5, 2019

_____
Nancy J. Koppe
United States Magistrate Judge