# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br> Plaintiff(s), <br> v. <br> LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, et al., <br> Defendant(s). | Case No.: 2:16-cv-00582-GMN-NJK <br><br> **Order** |

On February 5, 2019, Plaintiff was ordered to file a status report regarding its claims against the HOA by February 12, 2019. Docket No. 44. No status report was filed. The Court hereby ORDERS Plaintiff to file a status report, no later than February 20, 2019, regarding (1) its understanding (if any) of the HOA's intention to appear in this case and defend against Plaintiff's claims and (2) Plaintiff's intentions on proceeding on its claims against the HOA. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: February 13, 2019

_____
Nancy J. Koppe
United States Magistrate Judge