MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; SFR INVESTMENTS POOL 1, LLC<br><br>Defendants. | Case No.: 2:16-cv-00582-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and SFR Investments Pool 1, LLC[1] stipulate as follows:

Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP and SFR Investments Pool 1, LLC moved for summary judgment on July 5, 2019. (ECF Nos. 58-59.) Their deadlines to respond to each other's motions are July 26, 2019. *See* Local Rule 7-2(b). The parties stipulate to extending their deadlines to respond to

---

[1] Alessi is not a party to this status report as it filed for bankruptcy. *See* ECF No. 29. Lamplight has not appeared in this case.

1

49537059;1

each other's summary judgment motions by fourteen days or until **August 9, 2019**, to allow the parties adequate time to respond to the arguments contained in the motions.

This is parties' first request for an extension of this deadline and is not being made for the purpose of delay.

Dated July 23rd, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Diana S. Ebron* |
| MELANIE D. MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| DONNA M. WITTIG, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Ste. 200 | KAREN L. HANKS, ESQ. |
| Las Vegas, Nevada 89134 | Nevada Bar No. 9578 |
| | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP* | Las Vegas, Nevada 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

**DATED** this  26   day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2

49537059;1